**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Anderson Joseph
110-12 Springfield Blvd
Queens Village, NY 11429
　　　　　　Plaintiff,

[Insert full name of plaintiff/prisoner]

21-CV-1687

MAUSKOPF, J.
BLOOM, M.J.

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓　　NO ____

-against-

NY City Police Department
105 Precint
92-08 222nd St
Queens Village, NY 11428

　　　　　　Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**RECEIVED**
MAR 25 2021
**PRO SE OFFICE**

I.　**Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

　　A.　Name of plaintiff  Anderson Joseph, Q Village NY 11429

If you are incarcerated, provide the name of the facility and address:

_____
_____
_____

Prisoner ID Number: Q 13673474

1

If you are not incarcerated, provide your current address:

110-17 Springfield Blvd
Queens Village, NY 11429

Telephone Number: 917-530 3749

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

NY City Police Department, 105 Precint
Full Name

_____
Job Title

92-08 222 nd st
Queens Village, NY 11428
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

2

|                  |            |
|------------------|------------|
|                  | Address    |
| Defendant No. 4  |            |
|                  | Full Name  |
|                  |            |
|                  | Job Title  |
|                  |            |
|                  |            |
|                  | Address    |
| Defendant No. 5  |            |
|                  | Full Name  |
|                  |            |
|                  | Job Title  |
|                  |            |
|                  |            |
|                  | Address    |

**II.   Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? __92-08 222 nd st Queens Village, NY 11428__

When did the events happen? (include approximate time and date) __December 21, 2013 Approximately 10 AM to 1 PM__

Facts: (what happened?) On December 6, 2013 I was arrested in Queens Village, NY 11429 and I went to Jail For 10 Days at Rikers Island and Bail out of Jail and After Bail out of Jail, I went to 105 Precinct To Pick up a Police Report and the Police Officers Refused to give me a Police Report For my arrested December 6, 2013. and they say if I Don't leave They going to Arrested me again.
Now I believe they Arrested me illegal and that's why The Police Refused me Freedom of Information.
Now on 12/6/2013 I cut my hands at the House Door just to make the Police Hear my Voice From the house Because the Person who try to killed my was still in the Place trying to kept me inside with the Door closed and 911 was still on the Phone listening Actions that going on. But I was the one, who was arrested.

II.A.   Injuries.    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Yes, I went to Long Island Jewish Hospital that Day December 6, 2013 because of my Hand injuries and my Face and my Back injuries. And I was stressful and feel some Anxiety disorder at the time.

**III.   Relief:** State what relief you are seeking if you prevail on your complaint.

I need Monetary Relief and I want the NY Police Department to have a Punishement of $500 Million Dollar for Pain and suffering.

I declare under penalty of perjury that on  March 31, 2021 A.J , I delivered this
(date)
complaint to prison authorities at _____ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/21/2021

_____
Signature of Plaintiff

Name of Prison Facility or Address if not incarcerated

NY City Police Department
105 Precint 92-08 222nd st
Queens Village, NY 11429
Address

Prisoner ID#

rev. 12/1/2015

5

Case 1:21-cv-01687-PKC-PK   Document 1   Filed 03/25/21   Page 6 of 7 PageID #



Anderson Joseph
110-12 Springfield Blvd
Queens Village, NY 11429

RETURN RECEIPT
REQUESTED

7020 3160 0

THIS GIFT IS A PRIORITY
PRIORITY MAIL®
UNITED STATES POSTAL SERVICE

CERTIF



United States District Of NY
225 Cadman Plaza E
Brooklyn, New York 11201