UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDERSON JOSEPH,

           Plaintiff,

    v.

SUPREME COURT OF THE STATE OF NEW YORK,

           Defendant.
-----------------------------------------------------------------X
ANDERSON JOSEPH,

           Plaintiff,

    v.

THE LEGAL AID SOCIETY,

           Defendant.
-----------------------------------------------------------------X
ANDERSON JOSEPH,

           Plaintiff,

    v.

NEW YORK CITY POLICE DEPARTMENT,

           Defendant.
-----------------------------------------------------------------X

JUDGMENT

21-CV-1685 (PKC) (PK)

21-CV-1686 (PKC) (PK)

21-CV-1687 (PKC) (PK)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on June 14, 2021, dismissing the Complaints filed in the above-captioned cases, *See* 28 U.S.C. § 1915(e)(2)(B)(ii); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and denying IFP status for purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

      ORDERED and ADJUDGED that the Complaints filed in the above-captioned cases are dismissed, I 28 U.S.C. § 1915(e)(2)(B)(ii); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal

would not be taken in good faith; and that IFP status is denied for purpose of an appeal,

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

| | |
|---|---|
| Dated: Brooklyn, New York<br>June 15, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>         Deputy Clerk |